| Case | Docket | Date | Court | Disposition |
|---|---|---|---|---|
| Kanofsky v. City of Bethlehem | 598CD16 | 12/06/2016 | Northampton County CV–2015–10074 | Affirmed |
| English v. UCBR | 155CD16 | 12/07/2016 | Unemployment Compensation Board of Review B–585416 | Affirmed |
| Davis v. UCBR | 348CD16 | 12/07/2016 | Unemployment Compensation Board of Review B–586150 | Affirmed |
| Lebanon County v. Hoyer | 597CD16 | 12/07/2016 | Lebanon County 2015–00716 | Affirmed |
| Rollins v. Middle Smithfield Twp | 42CD16 | 12/08/2016 | Monroe County No. 5857 CV 2015 | Affirmed |
| Riley v. WCAB (Commonwealth) | 238CD16 | 12/08/2016 | Workers' Compensation Appeal Board A14–0884 | Affirmed |
| Grim v. ZHB Perry Twp | 2482CD15 | 12/09/2016 | Berks County No. 15–4739 | Affirmed |
| Taubenberger v. Warrington Twp. ZHB | 2692CD15 | 12/09/2016 | Bucks County No. 2012–03574 | Affirmed and Reversed |
| Liberty Prop. Trust v. L. Nazareth Twp. | 214CD16 | 12/09/2016 | Northampton County No. C0048CV2015–5173 | Vacated and Remanded |
| Cobb v. PennDOT | 2644CD15 | 12/12/2016 | Luzerne County No. 9854 of 2015 | Affirmed |
| City of Phila. v. Harvey | 2699CD15 | 12/12/2016 | Philadelphia County November Term, 2014 No. 2520 | Reversed |
| Torres v. UCBR | 140CD16 | 12/12/2016 | Unemployment Compensation Board of Review B–585492 | Affirmed |
| Condemnation by Mercer Area SD, In re | 58CD16 | 12/15/2016 | Mercer County 2012–662 | Affirmed |
| Lieberth v. Boro of Oakmont ZHB | 330CD16 | 12/15/2016 | Allegheny County SA 15–000552 | Affirmed |
| Rowe v. WCAB (County of York) | 106CD16 | 12/16/2016 | Workers' Compensation Appeal Board A14–1251 | Affirmed |
| Hoffman v. UCBR | 757CD16 | 12/16/2016 | Unemployment Compensation Board of Review B–588287 | Affirmed |